## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., ) | |
|  ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:14-cv-00014-SLR |
|  ) | |
| MICRO LABS LIMITED and ) | |
| MICRO LABS USA INC., ) | |
|  ) | |
| Defendants. ) | |

### **STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Alcon Research, Ltd. ("Alcon") and Defendants Micro Labs Limited and Micro Labs USA Inc. (collectively "Micro Labs") hereby stipulate and agree that Alcon's action against Micro Labs and Micro Labs' action against Alcon, including all claims and defenses asserted by Alcon against Micro Labs and all claims and defenses asserted by Micro Labs against Alcon, are hereby dismissed with prejudice.  All parties shall bear their own costs, disbursements and attorneys' fees.

Dated:  April 27, 2015                                   Respectfully submitted,

*/s/ Jack B. Blumenfeld*                                            */s/ Joseph J. Bellew*
_____         _____
Jack B. Blumenfeld (#1014)                              Joseph J. Bellew (#4816)
Maryellen Noreika (#3208)                              COZEN O'CONNOR
MORRIS NICHOLS ARSHT & TUNNELL LLP      1201 N. Market Street, Suite 1001
1201 North Market Street, P.O. Box 1347          Wilmington, Delaware  19801
Wilmington, Delaware  19899-1347                  Tel:  (302) 295-2000
Tel: (302) 658-9200                                           jbellew@cozen.com
jblumenfeld@mnat.com
mnoreika@mnat.com

*Of Counsel*:

Adam L. Perlman
Dov P. Grossman
David M. Krinsky
Christopher J. Mandernach
David M. Horniak
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:  (202) 434-5000

*Counsel for Plaintiff Alcon Research, Ltd.*

*Of Counsel*:

Martin B. Pavane
Marilyn Neiman
Julia S. Kim
COZEN O'CONNOR
277 Park Avenue, 16th Floor
New York, New York  10172
Tel:  (212) 883-4900

*Counsel for Defendants Micro Labs Limited and Micro Labs USA, Inc.*